IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| REGINALD A. ANDERSON,<br><br>   Plaintiff,<br><br>   v.<br><br>R. STAN BAKER, *et al.*,<br><br>   Defendants. | CIVIL ACTION NO.: 4:22-cv-203 |

**O R D E R**

After a careful <u>de novo</u> review of the entire record, the Court concurs with the Magistrate Judge's December 13, 2022, Report and Recommendation, (doc. 6), to which plaintiff has not filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 20th day of January, 2023.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA